CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
APR 01 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| SUMMIT COMMUNITY BANK, | ) | |
| | ) | Civil Action No. 5:10-CV-00005 |
| Appellant, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| BLUE RIDGE SHADOWS HOTEL & | ) | United States District Judge |
| CONFERENCE CENTER, LLC, et al., | ) | |
| | ) | |
| Appellees. | ) | |

This case is before the court on an appeal from an order of the United States Bankruptcy Court for the Western District of Virginia. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the decision of the bankruptcy court is **REVERSED** and **REMANDED** for further proceedings consistent with this opinion.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

**ENTER:** This 1st day of April, 2010.

/s/ Glen E. Conrad
United States District Judge